## 49740. BRANAN & SCHMITZ REALTY, INC. v. ELLIS.

QUILLIAN, Judge.

Where as in the case sub judice the defendant's counterclaim is still pending in the trial court, an appeal complaining of the granting of a judgment on the

pleadings for the defendant in the main complaint is not a final judgment. Without a proper certificate from the trial judge, the appeal is therefore premature. *Brown v. Elliott,* 115 Ga. App. 89, 90 (153 SE2d 665); *Conte Enterprises v. Romax Const. Co.,* 128 Ga. App. 121 (195 SE2d 798); *O'Kelley v. Evans,* 223 Ga. 512 (156 SE2d 450).

*Appeal dismissed. Bell, C. J., and Clark, J., concur.*

SUBMITTED OCTOBER 7, 1974 — DECIDED NOVEMBER 6, 1974.

*Moffett, Henderson, Jones & Barnwell, Taylor W. Jones, Walter N. Adams,* for appellant.

*Davis, Matthews & Quigley, L. Brown Bivens,* for appellee.